Date 3/9/2026

Andres macedo Navarrete is my Name and This is my complaine under the C.I.A I was Torture my rights as human Where violated for The past 10 years I've been monitored and harassed Fiscally mentally and emotionally Fhysical pain and damge exposed To Chemicals Tha are unkown to me left me in Fiscal pain and damage and I can attest To The facts with witnesses This was and has been Torture deliberately

7310 corporate Dr suit 807 77036
346-373-3810

26 V 73

26 CV 1873

United States Courts
Southern District of Texas
FILED

MAR 09 2026

Nathan Ochsner, Clerk of Court

This is a letter explaining who I I'm and how long I've been here in the USA and that would been since the year 2000 at the age of 6 years old I went to school all the way from kindergarten to high-school my mother had to run away from the country Mexico when I was 5 years old and my 2 sisters and brother 2 boy's and 2 girls my mother left my father because he was abusive and beat her up badly the last time he did that was the last one she was afraid for her live father was involved with drugs he was a dealer he spent most of he's life in prison for that same reason he doesn't do that now he's an old men …

Me an my brothers we all went to school her in the USA

From the year 2000 to till now 2026 we've been here ejected and fluent English

I have more evidence if needed for the past 10 years I've been monitored and harassed fiscally mentally and emotionally physical pain and damage exposed to chemicals that are unknown to me that left me in fiscal pain and damage and I can attest to the facts with witnesses this was and has been torture deliberately

I would also like to emphasize wy I did not report this sooner is that attempts where made against my life to keep silence

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|
| 1. Submit to Appropriate Federal Agency: U.S Central Intelligence Agency | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Andres Macedo Navarrete 7310 Corporate Dr, Houston, TX, 77036 | |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH 9/19/1991 | 5. MARITAL STATUS None | 6. DATE AND DAY OF ACCIDENT July 2024 The First | 7. TIME (A.M. OR P.M.) 6:30 AM |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Under the C.I.A that includes torture human rights violations and chemical exposure the chemicals are unknown to me but I have suffered physical damage from them side effects. My haire started falling off the color of my skin change pickmictation Difficulty Breathing when eating or drinking

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
Andres Macedo 7310 Corporate DR Houston, TX 77036

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
The is a ford mustang 2010 grabber blue estimate car value 15,990 location 7310 Corporate DR, Houston TX 77036

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.
The extent of the Torture exited years as attempts against my life where made more than once to keep me silenced for 10 years of Torture

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Griselda Macedo sister Olga Navarrete mother | 7310 Corporate Drive Houston TX 77036 |

**12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 20,000 | 100,000,000 | | 100,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). Andres Macedo | 13b. PHONE NUMBER OF PERSON SIGNING FORM 346-373-3810 | 14. DATE OF SIGNATURE 1.4.2026 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2



## Human rights violations and torture
2 messages

---

**Andres Macedo** <andresmacedo608@gmail.com>    Tue, May 20, 2025 at 9:30 AM
To: al.green@mail.house.gov

My name is andres macedo I'm Mexican living in Houston TX I'm a victim of torture by the cia
fisical mentally emotionally I'm looking for human rights activist that could help me I have suffered fisical pain assassination attempts by the CIA I live in constant fear day and night looking over my sulders I'm being treated as if I was a Jew in world war 2 by the Nazi German I've tried to get help from the FBI but my massage was ignored same with the police they follow me everywhere I go stocking me stressing me out again and again with no reason with the intent to turn it in to a psychological trauma I'm denied help in every aspect as they turture me all at the expense of the CIA constantly monitoring my communications as I suffer constantly death threats and blackmail in the work environment I've tried to get help from lawyers and was fined the CIA wants me to commit suicide by denying me help as they in circle me just like the Pentagon with no way out
From what I've managed to find out is that this is a turture program clandestine with no legality while they tried to suppress it at any cost friends and family have abandon me with no support as this was part of their plan to isolate me from them then they program me with a with a psychological syndrome of communication called The Panama syndrome it's a way where they impose their thoughts on to you as a form of communication one's communication was stablish the turture began throughout social media and individuals coworkers bosses friends and so forth with no chance of employment do to blackmail and pedofilia their aim to put me in the streets or prison by confrontation forcefully.


To there disappoinment I found out I was a giveted individual spiritually with abilities to look into The future and out of body experience later I found out The CIA had a classified program in the 70s called The gateway program which they did research on turns out that a very few people in the world are Born with this ability to look into the future and out of body experience making it perfect for spying other countries and so forth the research continues to this day with remarkable results in 80 percent proof
One's they New of my abilities they tried to suppress it at any cost it is there worse nightmare for them cuz I developed a way to track them and see The future ahead before them I'm what you would call a rare person individual spiritually people like me are in the hundreds in the world less than a million of us all over the world .
Had a golden ticket with my way out of this situation now there trying to suppress my availabilities by with hi tech weapons called mycroway when someone someone uses this type of weapon it you for long periods of time it causes bone structure damage and brain damage in their attempts to stop me from remote viewing is the term in which one can find it on the Internet.

How there implementing this high tech weapon don't know exactly they have the capability to mounted in drones han Carri and plains that's how you know this the CIA cell fones and algorithms are also compromised that's how they were implementing the Panama sindrome it's real and I'm proof of it

---

**Andres Macedo** <andresmacedo608@gmail.com>    Mon, Jun 2, 2025 at 9:44 AM
Draft To: al.green@mail.house.gov

My name is Andres Macedo I'm here cuz I am a victim of Human Rights abuse by government agency including torture physical psychological and emotional the name of the agency the CIA I've been a test of subject for numerous classified programs including chemical exposure known atrocities

> On Tue, May 20, 2025, 9:30 AM Andres Macedo <andresmacedo608@gmail.com> wrote:
> My name is andres macedo I'm Mexican living in Houston TX I'm a victim of torture by the cia
> fisical mentally emotionally I'm looking for human rights activist that could help me I have suffered fisical pain assassination attempts by the CIA I live in constant fear day and night looking over my sulders I'm being treated as if I was a Jew in world war 2 by the Nazi German I've tried to get help from the FBI but my massage was ignored same with the police they follow me everywhere I go stocking me stressing me out again and again with no reason with the intent to turn it in to a psychological trauma I'm denied help in every aspect as they turture me all at the expense of the CIA constantly monitoring my communications as I suffer constantly



## (no subject)
1 message

**Andres Macedo** <andresmacedo608@gmail.com>  Thu, Sep 5, 2024 at 10:10 AM
To: center4justice@cja.org

Good morning my name is andres macedo I would like to report human rights violations by the federal government more specific federal agents human violations included chemical exposure and torture psychological trauma cyber harassment death threats cyber espionage I've got a lot of evidence to back all of this please give me a call back soon my fone number is 346-373-3810 I'm in Houston Texas
My email is andresmacedo608@gmail.com I am not a whistleblower what I'm describing here has been done to me and my family who has suffered from this to



## Alien disclosure and Cia
1 message

**Andres Macedo** <andresmacedo608@gmail.com>                                         Thu, May 15, 2025 at 11:50 AM
To: info@newparadigminstitute.org

HI I saw your ticktock account for the first time and I just wanted to let you know that I'm and my psychic and a really good one full blown psychic out of body experience looking into the future I'm a psychic who does remote viewing digitally with my fone I can connect to the Internet psychicly and going through files online .

I've been monitored by CIA for 8 years and altercations with the government have not been good my rights have been violated as human in a terrible way I have a lot of evidence of my ability s to prove it

I just want to get things straight with the CIA as to my Case it has a high probability and an title to a major lawsuit for human rights violations

Cult you help support my Case
My name is Andres Macedo born in Mexico but been here since 2000 6 years then and 32 now I live in Houston Texas



## Aliens
1 message

**Andres Macedo** <andresmacedo608@gmail.com>  Thu, Jul 17, 2025 at 12:36 PM
To: jonallanstewart@aol.com

Good day hi my name's andres macedo i live in Houston Texas I'm 32 years old and also a victim of the government the cia I'm a victim of torture by the cia I'm also a remote viewer clairvoyant sikee I also had an alien encounter 2 months ago telepathic communication with an alien race the grays and the tall whites I'm a really gifted individual spiritually and I know what is like
To be under watch by the government specifically the CIA please contact me at 346-373-3810 my email address is andresmacedo608@gmail.com

# Benavidez Elementary
## Certificate of Participation

is hereby granted to:

**ANDRES MACEDO**

for outstanding performance in

*Field Day 2003*

*Granted May 9, 2003*

Diana De La Rosa
Principal

Scipio Johnson, Augusto Rodriguez, Jose Santiago
Physical Education Department

Provide a brief description of the incident

under the c. I. A that includes Torture human rights Violations And chemical exposure.
 The chemicals are ununknown to me. But I have suffered physical damage from them. Side effects. My hair started falling off the color of my skin change Pick mictation Difficulty Breathing  when  eating Or drinking certain food. In a specific location, my home. Chest pain. Losing my sense of awareness.|

Characters remaining: 501



Go Back

I    My    The    ...

1 2 3 4 5 6 7 8 9 0

Q W E R T Y U I O P

A S D F G H J K L